VALENTINE E. MACY et al., as Substituted Trustees under the Will of JOSIAH MACY, JR., Deceased, Respondents, v. KATE M. LADD, Appellant and Respondent, and VALENTINE E. MACY et al., Respondents and Appellants.

(Submitted June 7, 1920; decided June 11, 1920.)

Motion to amend remittitur so as to exclude from the apportionment to capital such part of the stock dividend declared by the Vacuum Oil Company in 1903 as came to the Macy-Ladd Trust on the Standard Oil distribution of 1911 granted, without costs. (See 227 N. Y. 670.)

---

In the Matter of the Accounting of CHARLES H. ENOS, as Administrator of the Estate of ROLAND ENOS, Deceased.

CHARLES H. ENOS, Appellant; DAVID C. MYERS et al., Respondents.

*Appeal — settlement and adjustment of questions involved.*

*Matter of Enos,* 184 App. Div. 958, appeal dismissed.

(Submitted June 7, 1920; decided June 11, 1920.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the second judicial department, entered June 21, 1918, which affirmed a decree of the Queens County Surrogate's Court directing distribution of the estate of Roland Enos, deceased.

The motion was made upon the ground that all questions involved had been adjusted and settled.

*Leon H. Futter* for motion.

*J. Noble Hayes* opposed.

Motion granted and appeal dismissed, without costs of motion, on condition of payment of costs of appeal within ten days after tax.